**5/1/2015**                                                          **COA Case No. 13-13-00190-CR**
**MEDELLIN, ALBERT RODRIGUEZ    Tr. Ct. No. CR-2011-196        PD-0484-15**
On this day, this Court has granted the Appellant's motion for an extension of time
in which to file the Petition for Discretionary Review.  The time to file the petition
has been extended to Wednesday, June 03, 2015.  NO FURTHER EXTENSIONS
WILL BE ENTERTAINED.  NOTE:  Petition for Discretionary Review must be filed
with the Court of Criminal Appeals.

Abel Acosta, Clerk

13TH COURT OF APPEALS  CLERK
DORIAN RAMIREZ
901 LEOPARD
CORPUS CHRISTI, TX  78401
* DELIVERED VIA E-MAIL *